FILED

2020 FEB 19 PM 3: 14

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 8:2020-cr-77-T-36-tgw

JOSE ISMAEL IRIZARRY, and
NATHALIA GOMEZ-IRIZARRY

SEALED

## MOTION TO SEAL INDICTMENT AND RELATED DOCUMENTS

Pursuant to Fed. R. Crim. P. 6(e)(4), and in the interests of law enforcement, the United States of America, hereby moves the Court to direct the Clerk to seal the Indictment, the file copy of the warrant(s), defendant information sheet(s), this motion, the Court's order regarding this motion and any other documents filed in this case that would identify the defendant(s). Disclosure of the existence of these documents prior to the arrest of a defendant could hinder or impede arrest efforts.

The United States further moves that the Court direct the Clerk to seal the Indictment in this case except when necessary to provide certified copies of the Indictment to the Money Laundering and Asset Recovery Section of the United States Department of Justice Criminal Division, as well as to the United States Attorney's Office for the Northern District of Georgia.

The United States further requests that the Court's Order allow the United States Marshals Service to release certified copies of the arrest warrant

to the case agent or other appropriate law enforcement and/or to the United States Attorney's Office, upon verbal request of the United States Attorney's Office to the United States Marshals Service, without further order of the Court.

The United States further requests that the Court's Order allow the United States Marshals Service or other appropriate law enforcement agency to enter the arrest warrant into the National Crime Information Center (NCIC) database or other appropriate law enforcement database, without further order of the Court.

The United States further requests that the Court's Order allow the United States to disclose the existence of the Indictment in any subsequent search and/or seizure warrants which may be executed in conjunction with the arrest of the defendants.

The United States further moves that the Court direct the Clerk to unseal the documents described herein without further order when any named defendant is taken into custody.

Respectfully submitted,

DEBORAH L. CONNOR  
Chief, MLARS  
U.S. Department of Justice

BYUNG J. PAK  
United States Attorney  
Northern District of Georgia

By: _/s/ Joseph Palazzo_  
Joseph Palazzo

By: _/s/ Kurt Erskine_  
Kurt Erskine

| | |
|---|---|
| MLARS Trial Attorney | First Assistant United States Attorney |
| MA Bar No. 669666 | GA Bar No. 249953 |
| 1400 New York Avenue, N.W. | 600 United States Courthouse |
| 10th Floor | 75 Ted Turner Drive, S.W. |
| Washington, D.C. 20005 | Atlanta, GA 30303 |
| (202) 514-1263 | (404) 581-6031 |
| joseph.palazzo@usdoj.gov | kurt.erskine@usdoj.gov |