# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

    v.                                          **CASE NO. 8:20-CR-77-T-36-TGW**

**JOSE ISMAEL IRIZARRY, and
NATHALIA GOMEZ-IRIZARRY**

**OWNERS OF RECORD:** Jose Ismael Irizarry Soto, Nathalia Gomez Irizarry

## GOVERNMENT'S NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that the above-referenced criminal action was commenced on February 19, 2020, and is now pending in the United States District Court for the Middle District of Florida.

The United States of America is seeking to forfeit certain real property located at 611 Camino Carraizo St., Sabanera Dev., Dorado, Puerto Rico 00646, also known as parcel 037-056-369-59, origin 037-000-008-69, located at 611 Urb Sabanera Camino de Carraizo in Dorado, Puerto Rico, including all improvements thereon and appurtenances thereto.

The United States seeks forfeiture of the above property as proceeds of specified unlawful activity, as property involved in money laundering, as well as a substitute asset pursuant to the provisions of 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. § 982(b)(1). Further information concerning this

action may be obtained from the records of the Clerk of Court for the United States District Court, Middle District of Florida, 801 N. Florida Avenue, Suite 2, Tampa, FL 33602.

Dated: March 4, 2020

        Respectfully submitted,

        DEBORAH L. CONNOR
        Chief, MLARS

By: /s/ *Joseph Palazzo*
     Joseph Palazzo, Trial Attorney
     MDFL Bar No. 0669666
     Criminal Division
     U.S. Department of Justice
     1400 New York Avenue, N.W.
     10th Floor
     Washington, D.C. 20005
     (202) 514-1263
     joseph.palazzo@usdoj.gov