UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE No. 8:20-cr-77-T-36TGW

JOSE ISMAEL IRIZARRY

### WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA

I, JOSE ISMAEL IRIZARRY, the above-named defendant, do hereby waive my right to be present at arraignment and enter a plea of not guilty to the charges. I hereby state that I have received a copy of the charging instrument.

_____         _____
Counsel for Defendant                                      Defendant, Jose Ismael Irizarry
Printed Name: Humberto R. Dominguez
Bar #: 837903
Telephone: 305-373-6400

DATE: 3-4-20

### REQUEST FOR DISCOVERY

Comes now, JOSE ISMAEL IRIZARRY, by and through the undersigned attorney, and hereby gives notice that the defendant will participate in all discovery allowed by the Federal Rules of Criminal Procedure, in the above-captioned cause.

_____
Counsel for Defendant, Humberto R. Dominguez

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been furnished electronically or by mail to the Office of the United States Attorney, this <u>4th</u> day of <u>  March  </u>, 2020.

_____
Counsel for Defendant
Humberto R. Dominguez