**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                    **CASE NO: 8:20-cr-77-T-36TGW**

**JOSE ISMAEL IRIZARRY** and
**NATHALIA GOMEZ-IRIZARRY**
                                                        /

**ORDER**

This cause is before the Court following a status conference held on April 21, 2020. At the hearing, defense counsel moved for a continuance of trial until the August 2020 trial term. The Government had no objection.

Accordingly, the oral motion is **GRANTED**. This case is continued until the August 2020 trial term, commencing AUGUST 3, 2020. After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant(s) in a speedy trial. The Court, therefore, determines that the time from today until the end of the August 2020 trial term shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

Another status conference is scheduled for **July 21, 2020 at 9:30 a.m.** before the undersigned.

**DONE AND ORDERED** in Tampa, Florida on April 24, 2020.

Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services