UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

Case No. 8:20-cr-77-T-36TGW　　　　　　　DATE: SEPTEMBER 14, 2020

# HONORABLE THOMAS G. WILSON

| | |
|---|---|
| UNITED STATES OF AMERICA<br>-v-<br>JOSE ISMAEL IRIZARRY<br>NATHALIA GOMEZ-IRIZARRY | AUSA JOSEPH PALAZZO<br><br>HUMBERTO DOMINGUEZ (retained)<br>REBECCA CASTENEDA (retained) |
| Deputy Clerk: Dawn M. Saucier<br>Interpreter: N/A<br>Court Reporter: N/A | Time: 3:03-5:05 (2 hrs. 2 min.)<br>Tape: Digital<br>Courtroom 12A |

**PROCEEDINGS: CHANGE OF PLEA HEARING**

( X ) Defendants sworn

( X ) Plea agreements to be filed

( X ) Jose Ismael Irizarry: Not guilty pleas withdrawn and pleas of guilty entered to Counts One through Nineteen of the Indictment

( X ) Nathalia Gomez Irizarry: Not guilty plea withdrawn and plea of guilty entered to Count One of the Indictment

( X ) Factual basis established

( X ) Government to file three-level downward adjustment for acceptance of responsibility assuming defendants qualify and no adverse information received

( X ) Court to recommend that guilty pleas be accepted

( X ) Defendants referred to Probation for pre-sentence investigation report

( X ) Sentencing to be scheduled before Judge Charlene Edwards Honeywell

( X ) Defendants continued on bond