# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

Case No. 20-CR-77-CEH-TGW-1

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )
)
JOSE ISMAEL IRIZARRY, )
)
Defendant. )

## DEFENDANT JOSE ISMAEL IRIZARRY'S
## UNOPPOSED MOTION TO TRAVEL

COMES NOW, the Defendant, JOSE ISMAEL IRIZARRY by and through his undersigned counsel, and hereby files this his unopposed motion to travel to visit his son and in support states as follows:

1. On February 19, 2020, an Indictment was returned by a grand jury against the Defendant.

2. On September 14, 2020, the Defendant pled guilty pursuant to a government sponsored plea agreement.

3. The Defendant is currently scheduled for sentencing on June 3, 2021 at 10:00 am.

4. The Defendant requests permission to travel to Washington, D.C. from April 8, 2021 through April 12, 2021.

   a. The Defendant will be traveling to Washington, D.C. to visit his sone who is currently attending American University.

   b. The Defendant will be staying with his son in Chevy Chase, Maryland, with the address provided to U.S. Pretrial Services.

   c. The Defendant will be flying from San Juan, Puerto Rico to Washington, D.C.

   d. The Defendant's travel itinerary will be provided to U.S. Pretrial Services.

5. Assistant United States Attorney Joseph Pallazo does not object to this motion.

3. United States Pretrial Services does not object to this motion.

## CONCLUSION

WHEREFORE, the Defendant, JOSE ISMAEL IRIZARRY, by and through his undersigned counsel prays this Honorable Court will grant the requested relief and/or any other relief deemed necessary.

Respectfully submitted,

HUMBERTO R. DOMINGUEZ, P.A.

By: /s/ Humberto R. Dominguez
Humberto R. Dominguez
Florida Bar No.: 837903
150 West Flagler Street
Penthouse Two – 2900
Miami, Florida 33130
Telephone: (305) 373-6400
Facsimile: (305) 373-0396
E-Mail: Bert@hdominguezlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on March 31, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

    Respectfully submitted,

    HUMBERTO R. DOMINGUEZ, P.A.

    By: /s/ Humberto R. Dominguez
    Humberto R. Dominguez
    Florida Bar No.: 837903
    150 West Flagler Street
    Penthouse Two – 2900
    Miami, Florida 33130
    Telephone: (305) 373-6400
    Facsimile: (305) 373-0396
    E-Mail: Bert@hdominguezlaw.com