Linda Soto

Dorado, PR 00646

@gmail.com

May 10, 2021

The Honorable Charlene Edwards Honeywell
United States District Court Judge
Middle District of Florida
801 North Florida Avenue
Tampa, Florida 33602

Re: United States vs. Irizarry

Dear Judge Honeywell,

 My name is Linda Soto Varela, a small business owner but first of all a mother of two lovely men. For me they will always be my two boys, who despite their age gap are wonderful human beens and are always looking out for me. Jose, my oldest, took serious his role to care for his younger brother and protect him, showed determination to care for the family he grew up with and family he acquired with the years.

 In sports he showed that same determination, be it during his high school years playing basketball or the years of practicing triathlon as a young adult. In 1998 we got hit in Puerto Rico by hurricane George and my business got affected by it. During that time he held a full time job and would also put hours to help with the business. Few years later he decided to take the exams and enroll in the Border Patrol for Laredo, Texas, in order to provide a better life for his then wife, Carmen Cruz, and their new born_____. He always demonstrated to be very proud of what he was doing, will all the risks involved, he still looked forward to each new day.

 The passion and determination he showed from a young age reflected on his career. When the Federal Air Marshalls division initiated after the horrific attacks on September 11, 2001 he did not hesitated in enrolling and as much as it worried me as a mother he wanted to do right for the country. Even thru all these events he found the time to be a great father for his kids, to support them in their hobbies and goals.

As any mother with a son in this line work, one is always concerned to receive that one phone call that no parent wants to receive. With my heart on my sleeve the day I saw in the news that a FAM agent had to respond to a possible attack and execute what they where trained to do, I picked up my phone and called him. The only response I got from him was a simple 'everyone is safe'.  I exhaled relief and could not be more proud of him. After that incident he was honored at the white house by the president and his peers. He took his careers as a federal agent very serious and was always proud to serve.

As a family that is coming to terms with what lies ahead, regardless of the outcome we stay united, positive and faithful. The decisions he made at the end of his career do not reflect the person he has always been. A caring father of four, a loving husband,  a protective older brother and a phenomenal son. We understand decisions have consequences and we hope that admittance to those wrong decisions can help determine a lenient sentence.

Sincerely,

Linda Soto

May 18, 2021

The Honorable Charlene Edwards Honeywell
United States District Court Judge
Middle District of Florida
801 N. Florida Avenue
Tampa, FL 33602

RE: US v José Irizarry (8:20cr-77-T-36TGW)

Dear Honorable Judge Honeywell:

Receive my regards. My name is José Ismael Irizarry, a 69-year-old Vietnam era veteran, college professor, athlete, coach, and entrepreneur, but above all, I am the proud father of José Irizarry Jr., whom I have known for over 40 years.

My upbringing in Carolina City, with two incredible parents, was key for me to learn important principles and family values, but I regret to say that, unfortunately, after my divorce from José's mother, Linda, I became an absent parent, focused on my own personal activities, and I neglected the care my child needed, especially during his school years.

During my years at the US Army, I was an active baseball player, and I always had the support of my father Ismael, who joined me by traveling to all sports games I had around the United States.  I promised myself to do the same with José!

So, from that moment on, sports were transcendental in our father-son relationship. We started training for marathons, and he was even my coach and assistant during the Iron Man in Hawaii.

As a result, José decided to train with a lot of discipline to become one of the most outstanding athletes of his age in Puerto Rico. Our relationship evolved to the level of being able to become the best man of his wedding to Carmen, and the godfather of his firstborn, Alejandro.

Years later, he applied for the US Border Patrol, and during training, I was able to visit him in Charleston, SC, and at his first assignment in Laredo Texas.  One of the things I admired the most was his commitment with the job and clear focus with the mission. It reminded me, my old times with the 82nd Airborne.

In his desire to improve, he applied for a position in the Air Marshall during the September 11 crisis, so he moved to Florida, having the opportunity to be closer to Puerto Rico. I will never forget when he called me after years working in that position, to tell me that he had to take the call and apply mortal force inside an airplane and kill a suspected terrorist, becoming a hero as establish by the former president George Bush. I felt proud but I knew the emotional trauma he suffered after that situation.

For me, was not surprise when he decided to apply for a position as DEA Agent.  I felt more relax thinking that position will offered him the opportunity to be closer to his ex-wife Carmen in Florida. Due his skills and career advancement, he was promoted to work in Colombia.

Thinking of Colombia, I think it is the closest to physical and mental stress, which I can even compare with the type of stress I experienced during my Iron Mans competencies and parachute jumps. I believe he had to take the choices according to the facts and lifestyle that he was living.

I recognize that we can all make a mistake in life and fall, I have fallen many times; but for me my son will always be a hero.  For all the love, I have for my son, so many shared experiences, and our respect for this great nation, I ask for your indulgence.

I have faith that he will redeem himself and he will remain the best father, husband, son and hero. My Blessing!

With all my respect and honesty,

José I. Irizarry, Sr.

# ANNE M. EDDY

1733 VICTORIA POINTE CIRCLE, WESTON, FL, 33327

5/7/2021

Anne M. Eddy
1733 Victoria Pointe Circle, Weston, FL, 33327

The Honorable Charlene Edwards Honeywell
United States District Court Judge
Middle District of Florida
801 N. Florida Avenue
Tampa, FL 33602

RE:  US v. Jose Irizarry (8:20-cr-77-T-36TGW)

**Dear Honorable Judge Honeywell,**

I have known Jose for over twenty years.  We met in San Juan, Puerto Rico when I was assigned there for five years as an FBI agent.  Through triathlon training and competitions and other social activities, we became close family friends.  I remember Jose as a fierce competitor and dedicated family man to his wife and baby boy at the time.  Although his parents were divorced, they both lived in Puerto Rico and he maintained a positive relationship with each of them.  Jose was raised with excellent manners and always behaved in an exemplary fashion.  Just like he pushed himself to become stronger and faster in his sport, he strived to improve himself through new, challenging jobs which would also provide better for his family.

Once Jose left Puerto for his first federal agency job with Homeland Security, we did not keep in touch much until he moved back to South Florida years later with the US Air Marshals.  He had another son then and was maintaining a positive co-parenting relationship with his ex-wife.  It was easy to reunite with Jose because of his genuine personality.  Throughout the years, I have relied on Jose like a younger brother.  I know that despite any number of years we are out of communication, he is someone I could call in the middle of the night to help me or a friend.  I have tested his loyalty throughout the years including recently when I asked him to help a friend visiting Puerto Rico and another occasion, I asked him to do me a favor and both times he offered immediate assistance without question.

As a father, husband, ex-husband, son, and adopted brother of mine, he is an invaluable family member.  Knowing that, I was devasted to hear about his involvement with this case.  He told me about the investigation and his participation in it and his concern for his family.  He immediately wanted to cooperate with the government and become the most forth-coming, organized, and valuable cooperating witness ever.  We talked about helping law enforcement agencies understand the temptations officers experience while working high-dollar investigations under sometimes lax internal controls.  His primary goal was to fully accept responsibility for his actions and minimize the time away from his family obligations.

Jose is committed to finding a positive outcome from this mess he created.  He is working hard to leave his family a profitable car service business in Puerto Rico so they have some financial security during his incarceration.  He is researching educational opportunities while incarcerated to continue learning to prepare for a more productive life upon his release.  He is trying to develop a deeper faith in God to help him survive the next several years.  As usual, he is focused on his family to ensure the well-being of his mother, father, wife, ex-wife, two boys and two girls.  He is trying to share as much time as possible and create many happy memories for his older sons to cope and his young, twin daughters to prepare for his absence.

Jose and I have had many tearful conversations about his circumstances and his actions that led to them.  I know he is embarrassed, disappointed in himself, and extremely remorseful.  He knows he has let me down but he continues to call for forgiveness, guidance going forward, and friendship always.  As a former law enforcement officer, I am shocked by his criminal behavior.  I can only tell your Honor that I do not recognize the family man I have known for half my life by reading his indictment.  I will always be a sister and mentor to Jose. I am aware of the shame and depression he is experiencing as a result of his actions and I have faith knowing he will redeem himself and continue to be the person I have always known and loved.

Sincerely,

*Anne M. Eddy*

Anne M. Eddy



**Carmen Cruz**

Sunrise, FL 3323

May 13, 2021

The Honorable Charlene Edwards Honeywell
United States District Court Judge
Middle District of Florida
801 North Florida Avenue
Tampa, Florida 33602

        Re: United States vs. Irizarry

Dear Judge Honeywell:

My name is Carmen Cruz, I have a Master's Degree in Business Administration, and I am employed in a senior position with Zebra Technologies as a supply chain manager.

I have known Jose Irizarry for most of my adult life. We first met in our early 20s while working together in Puerto Rico promoting events for Pepsi Cola. Jose immediately caught my attention because he had such a sweet demeanor and always behaved like a perfect gentleman. He would go out of his way to ensure that my fellow female co-workers and I felt safe and comfortable at the events. He also worked harder than anyone, a trait that would continue throughout our relationship.

We began dating about a year after working together as he won me over with his kindness and charm. My parents adored him straight from the start and still do till this very day. He has such a magnetic personality that positively touches everyone he comes into contact with. We got engaged one-and-a-half years later and married soon after in a lovely, romantic ceremony.

Jose and I have two children together, _____, who turns 21 in November, and _____, who is 13. Jose constantly dedicated time to our family and thoroughly enjoyed his role as a doting father. Our two children have dramatically different personalities, one who enjoys studying and being alone while the other is more outgoing and into sports. Jose passionately meets each of our boys on his own level, spending quality time together.

Jose has consistently demonstrated a great sense of responsibility and dedication to his work. I remember when we first moved to Laredo, Texas after Jose got his position with the Border Patrol. He would work extra hours without complaint and share stories that made me cringe. He put his life on the line to help and save others in ways that most people cannot appreciate or understand. Jose maintained that same strong work ethic when he transferred to the Air Marshalls. He constantly shared how proud he felt to work for our federal government.

Jose and I divorced in 2004 but have maintained a great friendship that lasts well beyond the end of our marriage. In fact, I still consider him my best friend. Jose also continues to be an active and involved father despite the distance between us.

Your Honor, I have known Jose for over 26 years. He has always been humble, generous with his money and time, and approached the world with a warm smile and a big heart. I understand and appreciate that he made serious errors in judgment, but these actions do not exhibit how Jose lived the entirety of his life. They are an aberration, not part of his inherent nature.

As I watch the struggle of my children coming to terms with this ordeal, I understand the shame and pain that an entire family experiences when a loved one is on the verge of sentencing. Our family is having difficulty coping and coming to terms with the future we must endure. I humbly ask that your Honor recognize Jose's attributes as a wonderful father, long-serving federal official, and loyal friend, and sentence him leniently so that he may return to our family's life as quickly as possible.

Respectfully,


Carmen Cruz

The Honorable
United States District Court Judge

Regarding: U.S.—v—Irizarry

Dear Judge Honeywell:

My name is Lorian Marrero Rivera I have known Jose Irizarry for the past three years and I wanted to write about some experiences that I had from having met and being around Jose for the past years.

I had known of Jose because he worked with my sister at the CMF Vehicle inspection center that his family owned in Vega Alta, PR. My sister would always mention how hard working he was, and how he was always trying to make things more efficient at the business. He created an automated computer system that could track clients and send automated responses for reminders and a point-of-sale system that would facilitate billing. Because of this the business started to grow and in September 2019 Jose's family decided to open a new location in Dorado, Puerto Rico.

Around this time, I had just given birth to my daughter, I was single and unemployed. The new location was going to be worked by just Jose due to the fact that it was just starting, and the initial business would not generate enough income for two employees. My sister asked him if he could give me the opportunity to work there since I really needed to work. That same day Jose and his mother Linda called me and asked me if I wanted to work with them. I was extremely grateful for the opportunity especially since I knew they did not have to since it was a new business that really did not need more than one person to run it.

On October 1, 2019 I started working with Jose in the new location. I immediately saw what my sister had mentioned about how hard working and innovative he was. The business was very slow initially and it was a lot of time just talking and getting to know each other. I noticed that he was very into reading books about positive thinking, and Greek philosophy. He took time to ask me about what I wanted in life and how if you want something bad enough god will make a way for you to have it. This positive attitude never left him and the clients loved him for it. He taught me how to go above and beyond when treating customers and always no matter what make them feel that they left better than when they came in.

I spent almost 5 months working 40 hours a week with Jose and I came to know him. On the day he was arrested, there was nobody more surprised than me. The person that was being described in the newspaper was not the person I had known , not even close . I was shocked and sad to see

what had happened. I didn't think I would see him again, so I was very surprised when the following Monday he came to work. I saw him and he immediately cried and said to me, I made mistakes in my past, it's not who I am now but I have to pay the price for my actions. He never spoke about the case to me, but I could see the pain and pressure he was going thru.

If there is one moment that illustrates the type of person Jose is, it's the following. Shortly after his arrest the Pandemic started, and Puerto Rico closed down. The business was closed and nobody was getting paid. I can't imagine the stress that he was going through at this time, not only was the business closed, he was dealing with the fact that he was going to jail and possibly his wife also. Jose called me and said that the government was not allowing them to open and that it was probably going to be several months. He told me that he would make sure that somehow, we would be taken care of. For the next two months, he helped all of us by making sure we had groceries, helped us fill the unemployment applications and just made us feel that we would be ok.

He did not have to do this, he had incredible problems that he had to deal with, but he took time to make sure we were ok. And that's the Jose I know.

Your honor I ask that you show mercy in his sentencing, so that he returns to his family and to us as soon as possible

Respectfully,

Lorian Marrero

# Nathalia Irizarry

May 03, 2021

The Honorable Charlene Edwards Honeywell
United States District Court Judge
Middle District of Florida
801 North Florida Avenue
Tampa, Florida 33602

    Re: United States vs. Irizarry

Dear Judge Honeywell:

Jose and I first met at the airport in Washington, DC, on my way toward taking a flight going down to Florida. He saw me struggling with my luggage and offered to help. This kind act symbolically represents the man I came to know, love, and marry. Throughout the time I've known him, he'd give the last dollar out of his pocket to help someone in need. Jose approached his work with that same kind of generous passion.

We began dating shortly after that flight, and I came to learn Jose worked as an Air Marshall. He frequently traveled for his job and took great pride in his work, always quick to cover for a sick colleague or take on extra duty. I appreciated his eager dedication toward his career, and we built a strong relationship despite frequent time apart, getting married in 2007.

While Jose thoroughly enjoyed his position as an Air Marshall, he always saw it as a means to an end. He expressed a deep interest in moving up the federal ladder to work for the DEA and took the exam earning high marks. The agency delayed Jose's entrance into the training academy due to a hiring freeze but eventually accepted him and sent him off to study in Quantico. It was the happiest day of his life when he learned that he would be a DEA agent.

Jose's travels for the DEA took him all over Europe and eventually had him stationed in Colombia. He'd work long hours of surveillance without complaint and never let setbacks get him down. He'd often spend long nights in a car, peeing in a bottle, sitting and watching with nothing to show for his time. Yet, he'd come back the next day excited and refreshed, ready to take on the day full of enthusiasm. As

1

the old saying from Mark Twain goes, "Find a job you enjoy doing, and you will never have to work a day in your life." That's how Jose felt about working for the DEA.

Our twin daughters                              were born in 2015. Jose held my hand and caressed my forehead throughout the difficult birth. It's the only time I ever saw him take time off work at the DEA. Yet, despite his strong dedication to his career, he made time for our family and his two older children from a prior marriage. Jose has always been a family man, ably balancing our needs along with his career. Even now, we each lay down with one twin, taking turns, helping them get to sleep each night.

Jose cares very much for his friends as well. One time, the wife of a close friend had a terrible accident in Texas while we lived in Florida. Without hesitation, Jose jumped onto the very next flight to be there for his troubled friend. Jose helped deal with essential details as his friend dutifully sat by his wife's side. Jose readily goes out of his way to help friends without question.  This attribute, your Honor, I believe led to my husband's downfall.

Working undercover and with informants must be a very harrowing experience. The job of a DEA agent requires living a double life and pretending to be someone other than who you are. I'm sure that it presents tough psychological challenges as friendships may develop with people an agent is charged with keeping on a short leash as an informant or setting up as a target. My husband's strong sense of friendship must have periodically undermined his sense of right and wrong.

Losing his job as a DEA agent was the worst day of Jose's life. He spent nearly two decades in the service of his country, only to have it all undone by some terrible choices. He felt demoralized, embarrassed, and distraught with himself. Yet, he still needed to care for our family. He began buying cars at auction and re-selling them to support us. He then saw an opportunity to develop his mother's car registration business back in Puerto Rico. Thanks to Jose's help, the business has more than tripled and expanded. It has become so successful that Jose invited his brother to move back from California and enjoy in the business. In the face of a massive self-imposed disappointment, Jose didn't give up. He chose to be strong and help his family.

I know and understand that my husband committed crimes. However, I also know the man I have come to love and respect for the past 14 years. He would not

purposely hurt anyone, which is part of what makes this whole situation so tragic. To be perfectly blunt, I wanted to leave my husband and have nothing to do with him when I learned the full extent of his actions. I took a step back, though, to remind myself of the wonderful person I came to love and respect as a husband, father, and friend.

Jose feels awful and deeply remorseful, determined to seek a path of redemption. I know that he is sincere in his efforts, and I firmly believe that everyone deserves a second chance. No one should be judged solely based upon a period of bad choices. So please, your Honor, kindly sentence Jose leniently so we can bring him back home and re-start a new and vital chapter of our lives.

Respectfully,

Nathalia Gomez Irizarry