UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:20-CR-77-CEH-TGW-1

UNITED STATES OF AMERICA,
                     Plaintiff,

v.

JOSE ISMAEL IRIZARRY
                     Defendant.     /

## DEFENDANT'S MOTION TO STRIKE GOVERNMENT'S SENTENCING MEMORANDUM OR ALTERNATIVE MOTION TO CONTINUE SENTENCING DATE

Defendant, JOSE ISMAEL IRIZARRY, moves this Court to Strike the Government's Sentencing Memorandum untimely filed on the 1st of June 2021, or, in the alternative grant a continuance to the currently scheduled sentencing date and in support of these objections states as follows:

1. This case is set for sentencing on June 3rd, 2021 at 10:00 am.

2. The Defendant filed a timely objection to the presentence report on February 1st, 2021.

3. The Government filed a sentencing memorandum, which is a response to the Defendant's Objection to the PSI on June 1st, 2021.

4. The Government's sentencing memorandum is thirteen pages long and will require significant work to properly and adequately respond.

5. The Sentencing memorandum is untimely and was filed a mere two (2) days prior to the sentencing hearing.

6. Undersigned counsel respectfully requests that this Court either strike the Government's sentencing memorandum or grant a continuance of the sentencing hearing in order to allow sufficient time to prepare.

## CONCLUSION

WHEREFORE, the Defendant, JOSE ISMAEL IRIZARRY, by and through his undersigned counsel prays this Honorable Court will grant the requested relief and/or any other relief deemed necessary.

Respectfully submitted,

HUMBERTO R. DOMINGUEZ, P.A.

By: /s/ Humberto R. Dominguez
Humberto R. Dominguez
Florida Bar No.: 837903
150 West Flagler Street
Penthouse Two – 2900
Miami, Florida 33130
Telephone: (305) 373-6400
Facsimile: (305) 373-0396
E-Mail: Bert@hdominguezlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on June 1, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

By: /s/ Humberto R. Dominguez
Humberto R. Dominguez
Florida Bar No.: 837903