UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HONORABLE CHARLENE EDWARDS HONEYWELL

| CASE NO. 8:20-cr-77-CEH-TGW  TITLE: USA v. **Jose Ismael Irizarry**  TIME: 10:10 AM – 12:01 PM | DATE: June 23, 2021  TOTAL: 1 hour 56 minutes |
|---|---|
| Courtroom Deputy: Bettye Samuel | Interpreter: N/A |
| Court Reporter: Sharon Miller | Probation: Kelly Primrose |
| Counsel for Government: | Joseph Palazzo/Mark A. Irish |
| Counsel for Defendant: | Humberto R. Dominguez |

# CRIMINAL MINUTES

Court in session and counsel identified for the record.

Defendant sworn and adjudicated guilty as to Counts One, Two, Three, Four, Five, Six, Seven, Eight, Nine, Ten, Eleven, Twelve, Thirteen, Fourteen, Fifteen, Sixteen, Seventeen, Eighteen, and Nineteen of the Indictment.

Counsel addressed the Court.

**Defendant's Witness #1:** Jose Ismael Irizarry, previously sworn
Direct examination by Humberto R. Dominguez
Cross examination by Joseph Palazzo
Redirect by Humberto R. Dominguez
Witness excused

Government's objection to the Final Presentence Investigation Report:
Paragraph 61 [Adjustment for Role in the Offense]: SUSTAINED for the reasons stated on the record.

The Court *sua sponte* continued the hearing. It will be rescheduled by separate notice.

Court adjourned.