# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

    v.                  Case No. 8:20-CR-77-CEH-TGW

**JOSE ISMAEL IRIZARRY**

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court on the United States' Consent Motion for Preliminary Order of Forfeiture for the following assets:

> One Tiffany diamond ring purchased on about December 6, 2013, assigned asset identification number 20-FBI-006403, and referenced in paragraphs 19 and 66 of the Indictment (the "RING"); and
>
> One Lamborghini Huracan Spyder, Vehicle Identification Number ZHWUR1ZF7HLA05916, assigned AFTRAK number 59180005-01, assigned asset number 2018650050000301-002 by IRS-Criminal Investigations, and referenced in paragraphs 27 and 66 of the Indictment (the "CAR"),

pursuant to 18 U.S.C. § 982(a)(1) and Fed. R. Crim. P. 32.2(b)(2).

Being fully advised in the premises, the Court hereby finds that the United States has established the requisite nexus between the Defendant's money laundering offense in violation of 18 U.S.C. § 1956(h), charged in Count One of the Indictment, and the RING and the CAR. Accordingly, it is hereby:

ORDERED, ADJUDGED, AND DECREED that for good cause shown, the United States' Consent Motion for a Preliminary Order of Forfeiture (Doc. 98) is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 18 U.S.C. § 982(a)(1) and Rule 32.2(b)(2), the Defendant's interest in the RING and the CAR are hereby forfeited to the United States for disposition according to law.

It is FURTHER ORDERED that:

1. The United States will provide written notice to all third parties known to have an alleged legal interest in the RING and the CAR and will publish notice on the internet at www.forfeiture.gov.

2. That any person, other than the Defendant, who has or claims any right, title or interest in the RING or the CAR must file a petition with this Court for a hearing to adjudicate the validity of their alleged interest in the RING or the CAR. The petition should be mailed to the Clerk of the United States District Court, Tampa Division, Sam M. Gibbons Courthouse, 801 North Florida Avenue, Tampa, Florida 33602, within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

3. The petition shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the assets identified above, the time and circumstances of the

petitioner's acquisition of the right, title or interest in the assets identified above, and any additional facts surrounding the petitioner's claim and the relief sought.

4. After receipt of the petition by the Court, the Court will set a hearing to determine the validity of the petitioner's alleged interest in the assets identified above.

5. That upon adjudication of all third-party interests in the assets identified above, this Court will enter a Final Judgment of Forfeiture in which all interests will be addressed.

6. The Court retains jurisdiction to entertain any third party claims that may be asserted in these proceedings, and to enter any further orders necessary for the forfeiture and disposition of the property.

DONE and ORDERED this 23rd day of June, 2021, in Tampa, Florida.

Charlene Edwards Honeywell
United States District Judge

Copies to: Joseph Palazzo, Deputy Chief
Money Laundering and Asset Recovery Section
Criminal Division, U.S. Dept. of Justice
1400 New York Avenue, NW - 10th Floor
Washington, DC 20005
joseph.palazzo@usdoj.gov
Attorneys of Record