# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  v.  **JOSE ISMAEL IRIZARRY,**  Defendant. | CASE NO.  8:20-CR-77-CEH |

## NOTICE OF ATTORNEY APPEARANCE

**TO THE HONORABLE COURT:**

COMES NOW the undersigned counsel and files her Notice of Attorney Appearance in the above-entitled case, representing defendant Jose Ismael Irizarry.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 14th day of July 2021.

> **DMRA Law LLC**
> **Counsel for Defendant**
> Sabadell Financial Center
> 1111 Brickell Avenue
> Suite 1550
> Miami, Florida 33131
> Tel. 305-548-8666
>
> *s/Maria A. Dominguez*
> Maria A. Dominguez
> Florida Bar No. 0510221
> maria.dominguez@dmralaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which electronically mails notice to the attorneys of record.

*s/Maria A. Dominguez*