UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:20-CR-77-CEH-TGW

UNITED STATES OF AMERICA,
                     Plaintiff,

v.

JOSE ISMAEL IRIZARRY
                                    Defendant.              /

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW, the Defendant, JOSE ISMAEL IRIZARRY, by and through his undersigned counsel, and hereby files this his motion to withdraw as counsel of record, and in support states as follows:

1.    On or about, July 15, 2021, the Defendant retained new counsel.

2.    On July 15, 2021, attorney Maria A. Dominguez filed her notice of appearance.

3.    On July 16, 2021, attorney Carlos A. Perez-Irizarry filed his notice of appearance.

4.    The Defendant consents to undersigned counsel's withdrawal in accordance with local rule 2.02(C)(1)(B)(i).

5.    Undersigned counsel respectfully requests to be withdrawn from this instant case.

## CONCLUSION

WHEREFORE, the Defendant, JOSE ISMAEL IRIZARRY, by and through his undersigned counsel prays this Honorable Court will grant the requested relief and/or any other relief deemed necessary.

Respectfully submitted,

HUMBERTO R. DOMINGUEZ, P.A.

By: /s/ Humberto R. Dominguez
Humberto R. Dominguez
Florida Bar No.: 837903
150 West Flagler Street
Penthouse Two – 2900
Miami, Florida 33130
Telephone: (305) 373-6400
Facsimile: (305) 373-0396
E-Mail: Bert@hdominguezlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on August 17, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

By: /s/ Humberto R. Dominguez
Humberto R. Dominguez
Florida Bar No.: 837903