**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CLERK'S MINUTES
STATUS CONFERENCE

Case Number: 8:20-CR-77-CEH-TGW

| UNITED STATES OF AMERICA | Government Counsel: | Joseph Palazzo and Mark A. Irish |
|---|---|---|
| Plaintiff, | | |
| v. | | |
| JOSE ISMAEL IRIZARRY | Defense Counsel: | Carlos A. Perez-Irizarry Maria A. Dominguez |
| Defendant. | | |

| Judge: | **Charlene Edwards Honeywell** | Court Reporter: | Sharon Miller |
|---|---|---|---|
| Deputy Clerk: | Bettye Samuel | Interpreter: | N/A |
| Date: | August 20, 2021 | Time: Total: | 1:31 PM – 1:55 PM 24 minutes |

Court in session and counsel identified for the record. All parties appeared virtually for the hearing.

The Court addressed counsel and held a status conference to determine if this matter can be rescheduled for sentencing.

Counsel has advised the Court that the sentencing hearing can be rescheduled and are requesting a sentencing date ninety (90) days out. The sentencing is rescheduled by separate notice.

Court adjourned.