UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

V.   CASE NO. 8:20-CR-77-CEH-TGW-1

JOSE ISMAEL IRIZARRY
_____/

**DEFENDANT JOSE ISMAEL IRIZARRY'S
UNOPPOSED MOTION TO TRAVEL**

COMES NOW, the Defendant, JOSE ISMAEL IRIZARRY by and through his undersigned counsel, and hereby files this his unopposed motion to travel to Tampa, Florida for meetings in connection with his pending case and visit his son and in support states as follows:

1. On February 19, 2020, The Defendant was charged pursuant to an Indictment returned by the Grand Jury.

2. On September 14, 2020, the Defendant entered a guilty plea pursuant to a plea agreement.

3. The Defendant and co-counsel Maria D. Dominguez, Esq., are scheduled to travel to Tampa on August 26, 2021, for meetings in connection with his case, undersigned co-counsel will participate in said meetings.

4. The Defendant requests permission to travel to Tampa, Florida from August 26, 2021, through August 30, 2021.

    a. The Defendant will provide copies of his travel itinerary and hotel information to the Pre-Trial Services Officer.

5. Trial Attorney Joseph Pallazo does not object to this motion.

6. United States Pretrial Services does not object to this motion.

4

## CONCLUSION

WHEREFORE, the Defendant, JOSE ISMAEL IRIZARRY, by and through his undersigned counsel prays this Honorable Court to grant this request.

RESPECTFULLY SUBMITTED, this August 23, 2021.

> Carlos A. Perez-Irizarry, P.A.
> 37 N. Orange Avenue, Suite 500
> Orlando, FL 32801
>
> *s/Carlos A. Perez-Irizarry*
> FL Bar No.: 861251
> Carlos@capilawpa.com
> Tel. No. (407) 210-2400

## CERTIFICATE OF SERVICE AND FILING

I hereby certify that on this August 23, 2021, I electronically filed the foregoing document with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to all counsel of record.

I further certify that I emailed the foregoing and the notice of electronic filing by e-mail to the following non-CM/ECF participants: Jose Ismael Irizarry.

> s/*Carlos A. Perez-Irizarry*