UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

V.  CASE NO. 8:20-CR-77-CEH-TGW-1

JOSE ISMAEL IRIZARRY
_____/

**DEFENDANT JOSE ISMAEL IRIZARRY'S MOTION TO TRAVEL**

COMES NOW, the Defendant, JOSE ISMAEL IRIZARRY by and through his undersigned counsel, and hereby files this his unopposed motion to travel to Tampa, Florida for meetings in connection with his pending case and visit his son and in support states as follows:

1. On February 19, 2020, The Defendant was charged pursuant to an Indictment returned by the Grand Jury.

2. On September 14, 2020, the Defendant entered a guilty plea pursuant to a plea agreement.

3. The Defendant and co-counsel Maria D. Dominguez, Esq., are scheduled to travel to Tampa on October 17, 2021, for the sentencing hearing scheduled for October 18, 2021.

4. The Defendant requests permission to travel to Tampa, Florida on October 17, 2021.

5. The Defendant has advised the Pre-Trial Services Officer of his travel scheduled.

WHEREFORE, the Defendant, JOSE ISMAEL IRIZARRY, by and through his undersigned counsel prays this Honorable Court to grant this request.

RESPECTFULLY SUBMITTED, this October 10, 2021.

**DMRA Law LLC**
**Counsel for Defendant**
Sabadell Financial Center
1111 Brickell Avenue
Suite 1550
Miami, Florida 33131
Tel. 305-548-8666

*s/Maria A. Dominguez*
Maria A. Dominguez
Florida Bar No. 0510221
maria.dominguez@dmralaw.com


Carlos A. Perez-Irizarry, P.A.
37 N. Orange Avenue, Suite 500
Orlando, FL 32801

*s/Carlos A. Perez-Irizarry*
FL Bar No.: 861251
Carlos@capilawpa.com
Tel. No. (407) 210-2400

## CERTIFICATE OF SERVICE AND FILING

I hereby certify that on this October 10, 2021, I electronically filed the foregoing document with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to all counsel of record.

I further certify that I emailed the foregoing and the notice of electronic filing by e-mail to the following non-CM/ECF participants: Jose Ismael Irizarry.

*s/Maria A. Dominguez*

s/*Carlos A. Perez-Irizarry*