UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.     CASE NO. 8:20-CR-77-CEH-TGW

JOSE ISMAEL IRIZARRY

## JOINT MOTION TO REHEAR CHANGE OF PLEA

The Government and the Defendant jointly request for the Court to rehear the Defendant's change of plea prior to sentencing on November 18, 2021. The basis for the request is that an amended plea agreement (Doc. 130) was filed by the parties since the date of the Defendant's original change of plea hearing.

I.   Background

The Defendant was charged in a 19-count indictment on February 19, 2020. Doc. 1. After entering into a plea agreement (Doc. 59) with the Government, and after a hearing held before the Honorable Thomas G. Wilson (Doc. 45), the Defendant plead guilty on September 14, 2020, to all counts. On October 2, 2020, the Court accepted the plea and adjudged the Defendant guilty. Doc. 54. On June 23, 2021, a sentencing hearing commenced but was continued. Doc. 104. Prior to continuing the hearing, the Court directed the parties to conference regarding the plea agreement prior to reappearing before the Court. *See Reporter's Transcript of Proceedings Before the Honorable Charlene Edwards Honeywell*, June 23, 2021, Tampa, Florida, pgs. 61-63.

The parties complied with the Court's order to conference. Doc. 108. On or

about July 16, 2021, counsel for the Defendant withdrew and new counsel was retained. Doc. 121. On October 14, 2021, the parties filed an amended plea agreement that includes changes to the factual basis. Doc. 130.

II. Argument

The Federal Rules of Criminal Procedure require, *inter alia*, "[b]efore entering judgment on a guilty plea, the court must determine that there is a factual basis for the plea." F.R.Cr.P. 11(b)(3). Accordingly, in an abundance of caution, the parties seek rehearing of the Defendant's guilty plea prior to sentencing because his factual basis for pleading guilty has been amended.

III. Conclusion

For the foregoing reasons, the joint motion should be granted and rehearing of the Defendant's guilty plea should proceed prior to sentencing on November 18, 2021. In the interest of expedience, the parties are open to appear for the guilty plea rehearing virtually.

    Respectfully submitted,

    DEBORAH L. CONNOR
    Chief
    Money Laundering and Asset Recovery Section

By: /s/ Joseph Palazzo
    Joseph Palazzo, Deputy Chief
    MDFL Bar No. 0669666
    U.S. Department of Justice, Criminal Division
    1400 New York Avenue, N.W.
    Washington, D.C. 20005
    (202) 514-1263

joseph.palazzo@usdoj.gov

Dated: November 10, 2021

## Certificate of Service

I hereby certify that on the above date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system, knowing that a copy will be automatically generated and delivered electronically to all counsel of record.

By: /s/ Joseph Palazzo
Joseph Palazzo
MDFL Bar No. 0669666