UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                         CASE NO. 8:20-CR-77-CEH-TGW

JOSE ISMAEL IRIZARRY

### JOINT MOTION TO CHANGE TIME OF SENTENCING HEARING, OR IN THE ALTERNATIVE, CONTINUE SENTENCING HEARING BY ONE DAY

The Government and the Defendant jointly and respectfully request for the Court to reschedule the Defendant's sentencing hearing to the afternoon of November 18, 2021, or in the alternative, to any time on November 19, 2021. The basis for the motion is to allow time for the rehearing of the change of plea before the United States Magistrate Judge. Parties filed a motion for the rehearing pursuant to Federal Rule of Criminal Procedure 11(b)(3). Doc. 138.

In response to the motion, chambers for the United States Magistrate Judge indicated availability to rehear the change of plea on November 18, 2021, at 10:00 a.m., the time that the Defendant's sentencing hearing is currently scheduled to begin. The parties, having already finalized travel plans from Puerto Rico, Orlando, and Washington, DC, now respectfully ask the Court to reschedule the Defendant's sentencing hearing to the afternoon of November 18, 2021, or in the alternative, to any time on November 19, 2021.

Respectfully submitted,

        DEBORAH L. CONNOR
        Chief
        Money Laundering and Asset Recovery Section

By:  /s/ Joseph Palazzo
        Joseph Palazzo, Deputy Chief
        MDFL Bar No. 0669666
        U.S. Department of Justice, Criminal Division
        1400 New York Avenue, N.W.
        Washington, D.C. 20005
        (202) 514-1263
        joseph.palazzo@usdoj.gov

Dated: November 11, 2021

## Certificate of Service

I hereby certify that on the above date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system, knowing that a copy will be automatically generated and delivered electronically to all counsel of record.

By:  /s/ Joseph Palazzo
        Joseph Palazzo
        MDFL Bar No. 0669666