UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                      CASE NO. 8:20-cr-77-CEH-TGW-1

JOSE ISMAEL IRIZARRY
_____/

**ORDER**

THIS CAUSE came on for consideration upon the Defendant's Motion to Travel (Doc. 137). The defendant seeks to travel to Tampa, Florida, in order to visit his son and attend his sentencing hearing (id., p. 1). The defendant states that the motion is unopposed (id.)

It appears the defendant has provided the wrong dates in his motion. The defendant states that his sentencing hearing is scheduled for October 18, 2021, and, accordingly, he seeks permission to travel on October 17, 2021 (id.). However, the defendant's sentencing hearing is scheduled for November 18, 2021 (see Doc. 124). Thus, I assume the defendant erred and intended to seek permission to travel on November 17, 2021.

It is, therefore, upon consideration,

ORDERED:

That the Defendant's Motion to Travel (Doc. 137) be, and the same is hereby, **GRANTED**. Accordingly, Mr. Irizarry may travel to Tampa,

Florida, on November 17, 2021, provided that he:

    1. Provides Pretrial Services with his travel itinerary; and

    2. Adheres to all other applicable conditions of his pretrial release.

DONE and ORDERED at Tampa, Florida, this 10th day of November, 2021.

*Thomas G. Wilson*
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE