UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                              CASE NO. 8:20-CR-00077
                                <u>Under Seal</u>
JOSE ISMAEL IRIZARRY

## O R D E R

The Motion to Seal the motion for downward departure pursuant to U.S.S.G. Section 5K1.1 (the "motion") and related documents, is hereby GRANTED, and the Clerk of Court is so directed. The Court finds that there is an overriding and compelling interest to seal the motion and related documents.

The United States has established that there is an ongoing criminal investigation and that the motion and related documents would make public sensitive information related to this investigation, including cooperation by the defendant and others. The public filing of the motion and related documents could potentially impede the investigation, cause targets to flee, and hinder further cooperation from others. Furthermore, making the motion and related documents public could potentially pose a safety risk to the defendant.

The Clerk is further directed to seal the motion, this order, the motion to seal, as well as minutes of any portion of the sentencing hearing that discusses government cooperation, except when necessary to provide certified copies to the United States Department of Justice Money Laundering and Asset Recovery Section.

DONE AND ORDERED at Tampa, Florida, this 15th day of November, 2021.

*Charlene Edwards Honeywell*
Honorable Charlene E. Honeywell
United States District Judge