UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:20-cr-77-CEH-TGW
**UNDER SEAL**

JOSE ISMAEL IRIZARRY
_____/

## ORDER

This matter is before the Court on Defendant's Motion for Leave to File Document Under Seal, filed on November 15, 2021. Specifically, Defendant moves the Court for permission to file Defendant Irizarry's Memorandum in Support of a Sentencing Reduction Pursuant to USSG § 5K1.1 under seal.

Upon consideration, the Court finds that Defendant Irizarry's Memorandum in Support of a Sentencing Reduction Pursuant to USSG § 5K1.1 contains confidential and sensitive information that should not be made public. Therefore, the Court directs the Clerk to file Defendant Irizarry's Memorandum in Support of a Sentencing Reduction Pursuant to USSG § 5K1.1 under seal.

It is hereby **ORDERED**:

1. Defendant's Motion for Leave to File Document Under Seal is **GRANTED.**

2. The Clerk is directed to file this Order, the Motion for Leave to File Document Under Seal, and Defendant Irizarry's Memorandum in

Support of a Sentencing Reduction Pursuant to USSG § 5K1.1 under seal.

**DONE AND ORDERED** in Tampa, Florida on November 17, 2021.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**Copies to:**
Counsel of Record and Unrepresented Parties, if any