UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

V.                                                                                                           CASE NO. 8:20-CR-77-CEH-TGW-1

JOSE ISMAEL IRIZARRY
_____/

## DEFENDANT JOSE ISMAEL IRIZARRY'S UNOPPOSED MOTION TO TRAVEL

COMES NOW, the Defendant, JOSE ISMAEL IRIZARRY by and through his undersigned counsels, and hereby files this unopposed motion to travel to Orlando, Florida from December 3 to December 8 prior to the sentencing hearing scheduled for December 9, 2021 and in support states as follows:

1. On February 19, 2020, the Defendant was charged pursuant to an Indictment returned by the Grand Jury.

2. On September 14, 2020, the Defendant entered a guilty plea pursuant to a plea agreement.

3. The Defendant is scheduled to be sentenced on December 9, 2021, at 2:00 pm. (D.E. 160 and 161).

4. The Defendant requests permission to travel with his family to Orlando, Florida from December 3, 2021, through December 8, 2021. The defendant will travel to Tampa, Florida on December 8, 2021.

5. The Defendant has provided copies of his travel itinerary and hotel information to the Pre-Trial Services Officer, and he expressed no objections to the

4

defendant's request.

6. Trial Attorney Mark Irish does not object to this motion.

## CONCLUSION

WHEREFORE, the Defendant, JOSE ISMAEL IRIZARRY, by and through his undersigned counsels, prays this Honorable Court to grant this request.

RESPECTFULLY SUBMITTED, this November 29, 2021.

**DMRA Law LLC**
**Counsel for Defendant**
Sabadell Financial Center
1111 Brickell Avenue
Suite 1550
Miami, Florida 33131
Tel. 305-548-8666

*s/Maria A. Dominguez*
Maria A. Dominguez
Florida Bar No. 0510221
maria.dominguez@dmralaw.com

Carlos A. Perez-Irizarry, P.A.
37 N. Orange Avenue, Suite 500
Orlando, FL 32801

*s/Carlos A. Perez-Irizarry*
FL Bar No.: 861251
Carlos@capilawpa.com
Tel. No. (407) 210-2400

## CERTIFICATE OF SERVICE AND FILING

I hereby certify that on this November 29, 2021, I electronically filed the foregoing document with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to all counsel of record.

I further certify that I emailed the foregoing and the notice of electronic filing by e-mail to the following non-CM/ECF participants: Jose Ismael Irizarry.

s/*Carlos A. Perez-Irizarry*

s/*Maria A. Dominguez*