# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.                               CASE NO: 8:20-cr-77-CEH-TGW

JOSE ISMAEL IRIZARRY

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 158), entered November 18, 2021, to which there has been no objection and the 14-day objection period has expired, the Amended Plea Agreement and pleas of guilty of Defendant Irizarry are now accepted and Defendant Irizarry is adjudged guilty of Counts One through Nineteen of the Indictment.

**Sentencing is scheduled for December 9, 2021 at 2:00 PM before the undersigned.**

**DONE and ORDERED** in Tampa, Florida this 7th day of December 2021.

Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services