AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.
Jose Ismael Irizarry

Case No: 8:20-cr-77
USM No: 53977-069
PACTS#: 6900603

Date of Original Judgment: 12/09/2021
Date of Previous Amended Judgment: 02/04/2026
*(Use Date of Last Amended Judgment if Any)*

Pro se
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ **DENIED** for the reasons stated in probation's memorandum (Doc. 199). Specifically, although he was assessed zero criminal history points, Jose Ismael Irizarry does not meet the eligibility criteria set forth in U.S.S.G. § 4C1.1(a), because he received an Adjustment under §3B1.1 (Aggravating Role) and engaged in continuing criminal enterprise, as defined in 21 U.S.C. § 848.

Except as otherwise provided, all provisions of the judgment dated 02/04/2026 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 11/06/2026

Charlene Edwards Honeywell
Charlene Edwards Honeywell
United States District Judge